EDITH HELEN ENTHOVEN v. EDWARD J. ENTHOVEN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALFRED HANSEN v. NEW JERSEY SHIPBUILDING AND DREDGING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARKUS KELTZ v. HARRY BELLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 20, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS ENGEL v. EQUITABLE SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HEZEKIAH WARNE, JR., and Others v. MORRIS ACKERMAN.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARTHUR J. ROBICHAUX v. EQUITABLE SURETY COMPANY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAUL M. CRANDALL, as Trustee, etc., of PERRY WASHINGTON Co., INC., Bankrupt, v. SAMUEL RAPPAPORT.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACK SKLAR v. INDUSTRIAL REDISCOUNT CORPORATION. MAX GOLDSTEIN v. INDUSTRIAL REDISCOUNT CORPORATION.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CREDIT TRADING CORPORATION v. ISIDORE STEIN and Another, Copartners, etc., and LOUIS DACHIS, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADELINE WALLACH v. ERNEST E. GALLERT, INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX B. SILVERSTEIN v. MAX WEINFELD.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.